UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------------

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:07CR00068-002 |
| Plaintiff, | : | |
| vs. | : | ORDER [Resolving Doc. 52] |
| TEKORA MADDEN, | : | |
| Defendant. | : | |

------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

This case is before the Court upon the motion of Defendant Madden to sever her trial from that of her co-defendants. Plaintiff does not oppose the motion.

Pursuant to Criminal Rule 14A, the Court finds severance appropriate. The Court finds that, at trial, the Government may seek to introduce Defendant Madden's extrajudicial statements and such may implicate Defendant Madden's co-defendants' right to confront witnesses against them. *Bruton v. United States*, 391 U.S. 123, 137 (1968).

Thus, the Court **GRANTS** Defendant Madden's motion to sever.

IT IS SO ORDERED.


Dated: March 26, 2007             s/  *James S. Gwin*
                                  JAMES S. GWIN
                                  UNITED STATES DISTRICT JUDGE